# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>ANTHONY J. AMENDOLA, II, Special Administrator for the Estate of Gabriel Valentin Jaramillo,<br><br>  Defendant | Case No.: 2:25-cv-01990-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Acuity's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) because the certificate does not identify Acuity's citizenship.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by November 5, 2025.

DATED this 22nd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE